UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA CUEVAS,

                Plaintiff,

-against-

MOUNT SINAI HEALTH SYSTEMS, INC.,

                Defendant.

---

No. 22 CV 10388 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall mark this action closed, subject to reopening within 30 days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    May 8, 2023
             New York, New York

                                        _/s/ Loretta A. Preska_
                                        LORETTA A. PRESKA
                                        Senior United States District Judge